NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DSS, INC.,**

*Plaintiff-Appellant*

**v.**

**NICHIA CORPORATION, NICHIA AMERICA CORPORATION,**

*Defendants-Appellees*

---

2024-2122

---

Appeal from the United States District Court for the Central District of California in No. 2:19-cv-08172-JVS-JEM, Judge James V. Selna.

---

Decided:  March 9, 2026

---

MATTHEW J. SMITH, Remenick PLLC, Edwards, CO, argued for plaintiff-appellant.  Also represented by JAMES REMENICK; CHRISTOPHER B. MEAD, Schertler Onorato Mead & Sears LLP, Washington, DC; KARIN G. PAGNANELLI, Mitchell Silberberg & Knupp LLP, Los Angeles, CA.

THOMAS R. MAKIN, Allen Overy Shearman Sterling US LLP, New York, NY, argued for defendants-appellees.  Also

represented by DAVID JEFFREY COOPERBERG, ERIC SEBASTIAN LUCAS, ADI WILLIAMS.

————————————

Before HUGHES and CUNNINGHAM, *Circuit Judges*, and BURROUGHS, *District Judge.*[1]

PER CURIAM.

The judgment is *affirmed* on the ground that the asserted claims (claims 1–8 and 11 of United States Patent No. 6,879,040) are invalid as indefinite under 35 U.S.C. § 112.

**AFFIRMED**

————————————

[1]    Honorable Allison D. Burroughs, District Judge, United States District Court for the District of Massachusetts, sitting by designation.